**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZANE HUBBARD,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>THE SUPREME COURT OF CALIFORNIA,<br><br>　　　　Defendant. | Case No. 1:14-CV-00318-AWI-SMS  HC<br><br>ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS* AS MOOT<br><br><br>(Doc. 5) |

　　　By motion filed March 11, 2014, Plaintiff Zane Hubbard seeks to proceed *in forma pauperis*. This Court having previously approved Plaintiff's March 7, 2014 motion (Doc. 2) to proceed *in forma pauperis,* the March 11, 2014 motion is DENIED as moot.

IT IS SO ORDERED.

　Dated:　**April 10, 2014**　　　　　　　**/s/ Sandra M. Snyder**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1